

**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

MEMO ENDORSED

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

November 13, 2020

United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Attn:  Hon. Kenneth M. Karas
       United States District Court Judge

Re:  **Aramas v. Pollizzi et al., 18-CV-4106 (KMK)**

Dear Hon. J. Karas:

In this 42 U.S.C § 1983 lawsuit brought by pro se inmate Luis Aramas, he alleges due process violations based on a 2015 disciplinary hearing at Sullivan Correctional Facility. The Court has scheduled a conference on 11/16 at 10:00 a.m. The undersigned is not available on 11/16 or 11/17 and although the inmate is listed at Sullivan Correctional Facility on the docket, he is transferred to Attica Correctional Facility and also cannot be produced on 11/16 for a legal call. Hence, Defendants request an adjournment of the initial discovery conference to Wednesday 11/18 before 11:45 a.m. or Thursday 11/19 or Friday 11/20.

Respectfully submitted,

*J. Powers*
Janice L. Powers
Asst. Attorney General

Granted. The Court will hold a teleconference on Wednesday, 11/18/20 at 11:00 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
11/14/2020

44 SOUTH BROADWAY, WHITE PLAINS, NY 10601 • OFFICE: (914) 422-8719 • FAX (914) 422-8706 • AG.NY.GOV