**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUIS ARAMAS,

                       Plaintiff,

     -against-                                      18 **CIVIL** 4106 (KMK)

                                                        **JUDGMENT**

COMMISSIONER HEARING OFFICER A.
POLIZZI, DIRECTOR OF INMATE
DISCIPLINE AND SPECIAL HOUSE UNITS D.
VENETTOZZI, and EMPLOYEE TIER
ASSISTANT D. ZALTSMAN,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 19, 2022, Defendants' Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       May 19, 2022

                                                           **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                 **BY:**    *K. Mango*
                                                             **Deputy Clerk**